# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0084. DREWRY E. HASKINS, III v. PHYLLIS C. HASKINS.

After a trial, a jury reached a verdict in a divorce case between Drewry E. Haskins, III (the "Husband") and Phyllis C. Haskins (the "Wife"). Before the trial court entered a judgment on the verdict, the Wife moved for a new trial. The trial court granted the Wife's motion, and the Husband filed this application for discretionary review. We lack jurisdiction.

The grant of a motion for new trial is an interlocutory ruling. See *Rockdale Awning & Iron Co. v. Kerbow*, 210 Ga. App. 119, 121 (2) (435 SE2d 619) (1993). In order to appeal such an order, an applicant must comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b). Although the Husband filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). The Husband's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/26/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
_____ , Clerk.